[897 NE2d 1071, 868 NYS2d 588]

In the Matter of STEPHEN R. HUNTER, Respondent, v ORANGE COUNTY BOARD OF ELECTIONS, Respondent, and ROBERT A. ONOFRY, Appellant.

Argued October 22, 2008; decided October 23, 2008

814

**APPEARANCES OF COUNSEL**

*Vincent J. Messina, Jr.*, Central Islip, for appellant.

*Jonathan G. Jacobson*, New Windsor, for Stephen R. Hunter, respondent.

*David L. Darwin, County Attorney*, Goshen (*Sharon Worthy-Spiegl* of counsel), for Orange County Board of Elections, respondent.

*John Ciampoli*, Albany, for Orange County Interim County Organization of the New York State Independence Party and another, amici curiae.

**OPINION OF THE COURT**

Order reversed, without costs, and matter remitted to Supreme Court, Orange County, with directions to dismiss the proceeding. Under the circumstances of this case, it would be impossible, if this Court were to entertain the merits, to render meaningful relief in compliance with the Election Law.

Concur: Chief Judge KAYE and Judges CIPARICK, GRAFFEO, READ, SMITH, PIGOTT and JONES.